# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN COLE, | : | |
| Petitioner | : | |
| v. | : | CIVIL NO. 4:CV-13-2205 |
| SUPERINTENDENT BICKEL, | : | (Judge Brann) |
| Respondent | : | |

## **ORDER**

September 3, 2013

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner is **GRANTED** leave to proceed in forma pauperis solely for the purpose filing this action with this Court.

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

1

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge